IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CIRCA OF AMERICA, LLC, | ) | CASE NO. 20-66626-pwb |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **CERTIFICATION OF RECEIPT OF ORIGINAL SIGNATURE PAGES**

COMES NOW undersigned counsel, and, pursuant to General Order 33-2020, as amended by General Order 35-2020, hereby certifies that he has received the above-captioned debtor's original signature pages filed in image format with the Voluntary Petition commencing this case [Dkt. No. 1], and will maintain such original signature pages in accordance with BLR 5005-7(c).

Respectfully submitted, this 28th day of May, 2020.

SCROGGINS & WILLIAMSON, P.C.

By: */s/ Matthew W. Levin*
    MATTHEW W. LEVIN
    Georgia Bar No. 448270

4401 Northside Parkway
Suite 450
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: mlevin@swlawfirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this date electronically filed the foregoing *Certification of Receipt of Original Signature Pages* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

This 28th day of May, 2020.

        SCROGGINS & WILLIAMSON, P.C.

        By: */s/ Matthew W. Levin*
            MATTHEW W. LEVIN
            Georgia Bar No. 448270

        4401 Northside Parkway
        Suite 450
        Atlanta, GA 30327
        T: (404) 893-3880
        F: (404) 893-3886
        E: mlevin@swlawfirm.com