

**IT IS ORDERED as set forth below:**

**Date: June 4, 2020**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **20-66626-PWB** |
| | ) | |
| **CIRCA OF AMERICA, LLC,** | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

**ORDER APPROVING EMPLOYMENT OF PROFESSIONAL**

On June 2, 2020, Trustee filed an application for employment of Stonebridge Accounting & Forensics, LLC as Trustee's accountant [Doc. No. 7] (the "Application"). No notice or hearing on the Application is necessary. The Application and its supporting affidavit demonstrate that Stonebridge Accounting & Forensics, LLC is a firm employing a certified public accountant licensed to practice in this State, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified. Accordingly, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is granted. Trustee is authorized to employ Stonebridge Accounting & Forensics,

1

LLC as accountant for the Trustee during the Debtor's Chapter 7 case, subject to the office of the U.S. Trustee filing an objection within 21 days of entry of this order. It is further

**ORDERED** that compensation shall be paid to Stonebridge Accounting & Forensics, LLC upon notice, hearing and approval by the court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application.

### [END OF DOCUMENT]

Prepared and submitted by:

*/s/ Jason L. Pettie*
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984

### DISTRIBUTION LIST

Stonebridge Accounting & Forensics, LLC
P.O. Box 1290
Grayson, GA  30017

Circa Of America, Llc
1040 Crown Point Pkwy Suite 250
Atlanta, GA 30338

Matthew W. Levin
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Jason L. Pettie, P.C.
P.O. Box 17936
Atlanta, GA 30316

Office of the U.S. Trustee
Rm 362, Russell Federal Bldg
75 Ted Turner Dr, SW
Atlanta, Georgia  30303